Craig B. Sanders (284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600

Attorneys for Plaintiff BWP Media USA,
Inc. d/b/a Pacific Coast News

Michael R. Headley (SBN 220834)
headley@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant The Smitten Kitten

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BWP MEDIA USA, INC. d/b/a PACIFIC COAST NEWS,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE SMITTEN KITTEN, INC.,<br><br>                    Defendant. | Case No.  2:13-cv-06911 SJO-AGR<br><br>**ORDER** |

 The parties have agreed to settle all claims and counterclaims of the above-captioned matter, pursuant to a confidential Settlement Agreement (the "Settlement Agreement").

 The Court, being advised of the parties' agreement, HEREBY ORDERS:

Case No. 2:13-CV-06911 (SJO-AGR)

1.   This case is dismissed with prejudice; and

2.   Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this _9th day of _April _, 2014.

*S. James Otero*
_____
Honorable S. James Otero